THE STATE OF OHIO, APPELLEE, *v.* GRAHAM, APPELLANT.

[Cite as *State v. Graham* (1994), 71 Ohio St.3d 331.]

(No. 94–1879—Submitted November 29, 1994—Decided December 23, 1994.)

---

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *George J. Sadd,* Assistant Prosecuting Attorney, for appellee.

*Paul Mancino, Jr.,* for appellant.

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in that court's opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.